Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

GREGORY W. KUGLE           6502-0
gwk@hawaiilawyer.com
ROSS UEHARA-TILTON         10743-0
rut@hawaiilawyer.com
JONATHAN N. MARCHUK        11664-0
jnm@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
www.hawaiilawyer.com
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242


MATTHEW D. MANNISTO        10354-0
matt@mannistolaw.com
Law Office of Matthew D. Mannisto
4265A Halelani Street
Lihue, Hawaii 96766
Telephone: (808) 245-2891
Facsimile: (808) 855-2001


PATRICK J. CHILDS          1420-0
pjclaw@yahoo.com
4365 Kukui Grove Street, Suite 104
Lihue, Hawaii 96766
Telephone: (808) 245-2863
Facsimile: (808) 246-4647

Attorneys for Plaintiff
STEAM INVESTMENTS LLC

735569

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STEAM INVESTMENTS LLC, a Hawaii limited liability company, | ) ) ) | Case No. 1:22-cv-00502 HG-WRP |
| Plaintiff, | ) ) ) | **NOTICE OF CONTINUED RULE 16 SCHEDULING CONFERENCE** |
| vs. | ) ) ) | |
| HG KAUAI, LLC, a Nevada limited liability company; JACOB BRACKEN; THERESA M. ROCHE; WILKEY HOLDINGS, LLC, a Utah limited liability company; and DOES 1-10, | ) ) ) ) ) ) | **Rule 16 Scheduling Conference** Old Date: January 30, 2023 Time 9:00 a.m. |
| Defendants. | ) ) ) ) ) ) ) | New Date: March 13, 2023 Time: 9:00 a.m.  Judge: The Honorable Wes R. Porter |

## NOTICE OF CONTINUED RULE 16 SCHEDULING CONFERENCE

TO:  MAILE S. MILLER, ESQ.
    ERIC S. ROBINSON, ESQ.
    Starn O'Toole Marcus & Fisher
    733 Bishop Street, Suite 1900
    Honolulu, Hawaii 96813

        Attorneys for Defendant
        HG KAUAI, LLC

JACOB BRACKEN
5662 West Clubhouse Drive
Hurricane, Utah 84737

-2-

THERESA M. ROCHE
5605 Riggins Court, Suite 200
Reno, Nevada 89502

WILKEY HOLDINGS, LLC
496 Saratoga Drive
St. George, Utah 84790

    Defendants Pro Se

NOTICE IS HEREBY GIVEN that pursuant to the Court's Minute Order filed January 4, 2023 (Dkt. No. 16), the Telephonic Rule 16 Scheduling Conference originally scheduled for January 30, 2023, has been continued to March 13, 2023 at 9:00 a.m. before the Honorable Wes Reber Porter via Zom. The dial-in number is 1-833-568-8864 and the Meeting ID is 161 0084 2470.

DATED: Honolulu, Hawaii, January 20, 2023.

                                  DAMON KEY LEONG KUPCHAK HASTERT

                                  */s/ Ross Uehara-Tilton*

                                GREGORY W. KUGLE
                                ROSS UEHARA-TILTON
                                JONATHAN N. MARCHUK

                                Attorneys for Plaintiff
                                STEAM INVESTMENTS, LLC